**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEYSTONE REGIONAL VOLLEYBALL ASSOCIATION | : : : | CIVIL ACTION |
| v. | : : | NO. 21-4268 |
| SPORTSENGINE, INC. | : | |

## ORDER

AND NOW, this 13th day of May, 2022, upon review of the pending motions, the oppositions thereto, and having held oral argument, it is hereby **ORDERED** that defendant's Motion to Compel Arbitration is **GRANTED** for the reasons set forth in the accompanying Memorandum Opinion. The Clerk of the Court shall mark this case as **STAYED** until the parties complete arbitration as required by their agreement. Plaintiff's Motion to Remand is **DENIED AS MOOT**.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**